**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1631**

———————

AVA MAUREEN SAWYER,

                                    Plaintiff - Appellant,

        versus


CIRCUIT COURT OF FAIRFAX COUNTY, VIRGINIA;
ARTHUR B. VIEREGG, JR., The Honorable; DAVID
T. STITT, The Honorable; CIRCUIT COURT OF
FREDERICK COUNTY, VIRGINIA; ARTHUR SINCLAIR,
The Honorable; CIRCUIT COURT OF WARREN COUNTY;
DENNIS HUPP, The Honorable; THE SUPREME COURT
OF VIRGINIA; JUSTICES OF THE SUPREME COURT OF
VIRGINIA; CLARENCE G. WILLIAMS, JR., Sheriff;
ROBERT T. WILLIAMSON, Sheriff; ESTATE OF
PRESTON CONNER; DEAN S. WORCESTER,

                                    Defendants - Appellees.


———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (CA-03-258-A)

———————

Submitted: August 28, 2003          Decided: September 3, 2003

———————

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Ava Maureen Sawyer, Appellant Pro Se. James Christian Stuchell, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Robert A. Dybing, THOMPSON & MCMULLAN, Richmond, Virginia; John David Griffin, FOWLER, GRIFFIN, COYNE & COYNE, P.C., Winchester, Virginia, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ava Maureen Sawyer appeals the district court's order denying her motion for a preliminary injunction in her civil action attacking a Virginia circuit court judgment against her. We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court. See Sawyer v. Circuit Court of Fairfax County, No. CA-03-258-A (E.D. Va. filed Apr. 9, 2003; entered Apr. 17, 2003. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2